UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BENJAMIN JOUSMA, et al.,

    Plaintiffs,

v.    Case No. 2:12-cv-106
    HON. ROBERT HOLMES BELL

THOMAS J. MOYLE, JR., INC., et al.,

    Defendants.
_____/

## OPINION

On May 21, 2013, the Honorable Robert Holmes Bell, United States District Judge, referred to the undersigned Defendants' Motion to Enforce Settlement Agreement (Docket #100). A hearing was held on June 6, 2013. Following that hearing, the parties and the undersigned engaged in extensive and protracted settlement discussions. The parties were very well represented by counsel and through the efforts of those parties, a settlement agreement has been reached and is attached herewith. In the opinion of the undersigned, the proposed settlement is a fair and reasonable resolution of the issues presented by this case.

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    UNITED STATES MAGISTRATE JUDGE

Dated: October 16, 2013